W. WEST ALLEN
Nevada Bar No. 5566
WAllen@LRRLaw.com
DALE KOTCHKA-ALANES
Nevada Bar No. 13168
MKotchka-Alanes@LRRLaw.com
Lewis Roca Rothgerber LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169-5996
Telephone:  702.949.8200
Facsimile:  702.949.8398

Attorneys for Defendants NRT Technology Corp.
And NRT Technologies, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLOBAL CASH ACCESS, INC., a Delaware corporation,<br><br>                         Plaintiff,<br><br>vs.<br><br>NRT TECHNOLOGY CORP., a Canadian corporation, and NRT TECHNOLOGIES, INC., a Nevada corporation,<br><br>                         Defendants. | Case No. 2:15-cv-00822-MMD-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br>**(FIRST REQUEST)** |

1.      Plaintiff Global Cash Access, Inc. commenced this action by filing a Complaint ("the Complaint") on May 1, 2015, in the United States District Court for the District of Nevada;

2.      Defendants NRT Technology Corp. and NRT Technologies, Inc. (collectively "NRT") were served with the Complaint on May 1, 2015, and must currently answer, move, or otherwise respond to the Complaint on or before May 22, 2015;

3. An extension of time for NRT to respond to the Complaint will allow NRT necessary time to analyze potential defenses and prepare responses to the allegations in the Complaint;

THEREFORE, Plaintiff Global Cash Access, Inc. and Defendants NRT Technology Corp. and NRT Technologies, Inc. hereby stipulate that Defendants' time to answer, move, or otherwise respond to the Complaint shall be extended by 30 days to Monday, June 22, 2015.

Dated:   May 20, 2015

WEIDE & MILLER, LTD.

By: /s/ F. Christopher Austin
F. CHRISTOPHER AUSTIN
Nevada Bar No.  6559
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV  89128-8373
*Attorneys for Plaintiff*
*Global Cash Access*

May 20, 2015

LEWIS ROCA ROTHGERBER LLP

By /s/ W. West Allen
W. WEST ALLEN
Nevada Bar No. 5566
DALE KOTCHKA-ALANES
Nevada Bar No. 13168
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendants NRT Technology*
*Corp. and NRT Technologies, Inc.*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: May 21, 2015

-2-