F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
Ryan Gile, Esq.
Nevada Bar No. 8807
*rgile@weidemiller.com*
**WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128-8373
(702) 382-4804
Fax (702) 382-4805

Callie A. Bjurstrom
*callie.bjurstrom@pillsburylaw.com*
Steven A. Moore
*steve.moore@pillsburylaw.com*
Nicole S. Cunningham
*nicole.cunningham@pillsburylaw.com*
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
501 West Broadway, Suite 1100
San Diego, CA 92101
(619) 234-5000
Fax (619) 236-1995
Admitted Pro Hac Vice

*Attorneys for Plaintiff Global Cash Access, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GLOBAL CASH ACCESS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NRT TECHNOLOGY CORP., a Canadian corporation, and NRT TECHNOLOGIES, INC., a Nevada corporation,<br><br>Defendants. | Case No.: 2:15-cv-00822<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br>(FIRST REQUEST) |

  Plaintiff Global Cash Access, Inc., ("GCA") and Defendants NRT Technology Corp., and NRT Technologies, Inc., (collectively, "NRT") hereby stipulate to extend the deadline for GCA to file its opposition to NRT's Motion to Dismiss and the deadline for NRT to file its reply to the

FCA-W-0254 (GCA Stip & Order)    1

same.

The Motion to Dismiss was filed on June 22, 2015, and the opposition is presently due July 9, 2015. An extension to July 27, 2015, for GCA to respond to the Motion to Dismiss will allow GCA necessary time to analyze the issues and facts raised in the Motion to Dismiss and respond to it.

THEREFORE, Plaintiff Global Cash Access, Inc., and Defendants NRT Technology Corp., and NRT Technologies, Inc., hereby stipulate that Plaintiff's time to oppose or otherwise respond to the Motion to Dismiss shall be extended to Monday, July 27, 2015, and Defendants' shall file their Reply by Friday, August 14, 2015.

DATED: July 2, 2015.

| WEIDE & MILLER, LTD | LEWIS ROCA ROTHGERBER LLP |
|---|---|
| By: /S/ F. Christopher Austin<br>F. CHRISTOPHER AUSTIN<br>Nevada Bar No. 6559<br>7251 W. Lake Mead Blvd.<br>Suite 530<br>Las Vegas, Nevada 89128-8373<br><br>*Attorneys for Plaintiff*<br>*Global Cash Access* | By: /S/ W. West Allen<br>W. WEST ALLEN<br>Nevada Bar No. 5566<br>DALE KOTCHKA-ALANES<br>Nevada Bar No. 13168<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendants NRT Technology*<br>*Corp. and NRT Technologies, Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated:  July 6, 2015

FCA-W-0254 (GCA Stip & Order)  2

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804