F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
Ryan Gile, Esq.
Nevada Bar No. 8807
*rgile@weidemiller.com*
**WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128-8373
(702) 382-4804
Fax (702) 382-4805

Callie A. Bjurstrom
*callie.bjurstrom@pillsburylaw.com*
Steven A. Moore
*steve.moore@pillsburylaw.com*
Nicole S. Cunningham
*nicole.cunningham@pillsburylaw.com*
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
501 West Broadway, Suite 1100
San Diego, CA 92101
(619) 234-5000
Fax (619) 236-1995
Admitted Pro Hac Vice

*Attorneys for Plaintiff Global Cash Access, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLOBAL CASH ACCESS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NRT TECHNOLOGY CORP., a Canadian corporation, and NRT TECHNOLOGIES, INC., a Nevada corporation,<br><br>Defendants. | Case No.: 2:15-cv-00822-MMD-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE SCHEDULING ORDER**<br><br>(FIRST REQUEST) |

Plaintiff Global Cash Access, Inc. ("GCA") and Defendants NRT Technology Corp., and NRT Technologies, Inc. (collectively, "NRT"), by and through their respective counsel of record, hereby stipulate to extend the deadline for the parties to file with the Court a Proposed Discovery Plan and Scheduling Order by an additional two weeks.

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0263                1

1   Defendants made their first appearance in this case on June 22, 2015, with the filing of a
2   Motion to Dismiss (*see* Doc. #25).  The current deadline for the parties to submit a Proposed
3   Discovery Plan and Scheduling Order with the Court is August 6, 2015.

4   The parties respectfully request a two-week extension of time to submit to the Court a
5   Proposed Discovery Plan and Scheduling Order.  In the ongoing parallel International Trade
6   Commission proceeding involving the patent at issue in this case, the parties have met and
7   conferred about issues which the Parties believe will directly impact any proposed schedule that
8   the parties would propose at this time and the parties seek additional time in order to resolve
9   these issues before submitting a Proposed Discovery Plan and Scheduling Order to the Court.
10  Accordingly, this request is made in good faith and for good cause and not for purposes of
11  undue delay.

12  No previous requests to extend the deadline to file the Discovery Plan and Scheduling
13  Order have been submitted.  There have been two previous requests by the parties in this action
14  for an extension of time, specifically an extension of time (1) for Defendants to answer or
15  otherwise respond to Plaintiff's Complaint and (2) for Plaintiff's opposition and Defendants'
16  reply regarding Defendants' motion to dismiss. *See* Docs. #24 and 27.

17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0263

2

WHEREFORE, the parties request that the Court enter an order extending the deadline to file the Proposed Discovery Plan and Scheduling Order by two weeks from August 6, 2015 to August 20, 2015.

DATED: August 6, 2015.

| WEIDE & MILLER, LTD | LEWIS ROCA ROTHGERBER LLP |
|---|---|
| By: */S/ F. Christopher Austin*<br>F. CHRISTOPHER AUSTIN<br>Nevada Bar No. 6559<br>7251 W. Lake Mead Blvd.<br>Suite 530<br>Las Vegas, Nevada 89128-8373<br><br>*Attorneys for Plaintiff*<br>*Global Cash Access* | By: */S/ W. West Allen*<br>W. WEST ALLEN<br>Nevada Bar No. 5566<br>DALE KOTCHKA-ALANES<br>Nevada Bar No. 13168<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendants NRT Technology Corp. and NRT Technologies, Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated:   August 7, 2015

FCA-W-0263

3