1  F. Christopher Austin, Esq.
   Nevada Bar No. 6559
2  *caustin@weidemiller.com*
   Ryan Gile, Esq.
3  Nevada Bar No. 8807
   *rgile@weidemiller.com*
4  **WEIDE & MILLER, LTD.**
   7251 W. Lake Mead Blvd., Suite 530
5  Las Vegas, NV 89128-8373
   (702) 382-4804
6  Fax (702) 382-4805

7  Callie A. Bjurstrom
   *callie.bjurstrom@pillsburylaw.com*
8  Steven A. Moore
   *steve.moore@pillsburylaw.com*
9  Nicole S. Cunningham
   *nicole.cunningham@pillsburylaw.com*
10 **PILLSBURY WINTHROP SHAW PITTMAN LLP**
   501 West Broadway, Suite 1100
11 San Diego, CA  92101
   (619) 234-5000
12 Fax (619) 236-1995
   Admitted Pro Hac Vice
13
   *Attorneys for Plaintiff Global Cash Access, Inc.*
14

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GLOBAL CASH ACCESS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NRT TECHNOLOGY CORP., a Canadian corporation, and NRT TECHNOLOGIES, INC., a Nevada corporation,<br><br>Defendants. | Case No.:  2:15-cv-00822-MMD-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE SCHEDULING ORDER**<br><br>(FOURTH REQUEST) |

Plaintiff Global Cash Access, Inc. ("GCA") and Defendants NRT Technology Corp., and NRT Technologies, Inc. (collectively, "NRT"), by and through their respective counsel of record, hereby stipulate to extend the deadline for the parties to file with the Court a Proposed Discovery Plan and Scheduling Order by an additional two weeks.

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0263                    1

1   Defendants made their first appearance in this case on June 22, 2015, with the filing of a
2   Motion to Dismiss (*see* Doc. #25).  The current deadline for the parties to submit a Proposed
3   Discovery Plan and Scheduling Order with the Court is August 20, 2015.

4   The parties respectfully request a further two-week extension of time to submit to the
5   Court a Proposed Discovery Plan and Scheduling Order.  The parties met and conferred on
6   August 18, 2015 to discuss a proposed phased scheduling approach relating to the ongoing
7   parallel International Trade Commission proceeding involving the patent at issue in this case,
8   which the parties believe will directly impact any proposed schedule that the parties would
9   propose at this time.  Thus, the parties seek additional time in order to finalize this potential
10  phased proposal before submitting their Proposed Discovery Plan and Scheduling Order to the
11  Court.  Accordingly, this request is made in good faith and for good cause and not for purposes
12  of undue delay.

13  One previous request to extend the deadline to file the Discovery Plan and Scheduling
14  Order was submitted.  See Doc. #30.  There have been two other previous requests by the
15  parties in this action for an extension of time, specifically an extension of time (1) for
16  Defendants to answer or otherwise respond to Plaintiff's Complaint and (2) for Plaintiff's
17  opposition and Defendants' reply regarding Defendants' motion to dismiss.  *See* Docs. #24 and
18  27.
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0263

2

WHEREFORE, the parties request that the Court enter an order extending the deadline to file the Proposed Discovery Plan and Scheduling Order by two weeks from August 20, 2015 to September 3, 2015.

DATED: August 19, 2015.

| WEIDE & MILLER, LTD | LEWIS ROCA ROTHGERBER LLP |
|---|---|
| By: */S/ F. Christopher Austin*<br>F. CHRISTOPHER AUSTIN<br>Nevada Bar No. 6559<br>7251 W. Lake Mead Blvd.<br>Suite 530<br>Las Vegas, Nevada 89128-8373<br><br>*Attorneys for Plaintiff*<br>*Global Cash Access* | By: */S/ W. West Allen*<br>W. WEST ALLEN<br>Nevada Bar No. 5566<br>DALE KOTCHKA-ALANES<br>Nevada Bar No. 13168<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendants NRT Technology Corp. and NRT Technologies, Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated:   August 24, 2015

FCA-W-0263

3