W. WEST ALLEN
Nevada Bar No. 5566
WAllen@lrrc.com
COLBY J. SPRINGER (*Pro Hac Vice*)
CSpringer@lrrc.com
DALE KOTCHKA-ALANES
Nevada Bar No. 13168
MKotchka-Alanes@lrrc.com
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169-5996
Telephone:  702.949.8200
Facsimile:  702.949.8398
*Attorneys for Defendants NRT Technology Corp. and NRT Technologies, Inc.*

CALLIE A. BJURSTROM
callie.bjurstrom@pillsburylaw.com
STEVEN A. MOORE
steve.moore@pillsburylaw.com
NICOLE S. CUNNINGHAM
Nicole.cunningham@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
501 West Broadway, Ste. 1100
San Diego, CA 92101
(619) 234-5000
Fax: (619) 236-1995

F. CHRISTOPHER AUSTIN
Nevada Bar No.  6559
Weide & Miller, Ltd.
7251 W. Lake Mead Blvd.
Suite 530
Las Vegas, NV  89128-8373

*Attorneys for Plaintiff Global Cash Access, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLOBAL CASH ACCESS, INC., a Delaware corporation,<br><br>                        Plaintiff,<br><br>vs.<br><br>NRT TECHNOLOGY CORP., a Canadian corporation, and NRT TECHNOLOGIES, INC., a Nevada corporation,<br><br>                        Defendants. | Case No. 2:15-cv-00822-MMD-GWF<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER DEADLINES**<br><br>**(FIRST REQUEST)** |

       Pursuant to Local Rules 6-1, 16.1-3, and 26-4, Plaintiff GLOBAL CASH ACCESS, INC. ("Plaintiff" or "GCA"), and Defendants NRT TECHNOLOGY CORP. and NRT TECHNOLOGIES, INC. ("Defendants" or "NRT") submit the following stipulation and proposed order to amend the deadlines in the current scheduling order (Dkt. # 38).

7208025_17192594_1

A.  BACKGROUND

GCA filed its complaint for patent infringement and federal and state unfair competition and tort claims on May 1, 2015. (Dkt. # 1.) An investigation pending before the International Trade Commission (ITC) entitled *In the Matter of Certain Automated Teller Machines and Point of Sale Devices and Associated Software Thereof*, Case No.: Inv. No. 337-TA-958, and a petition for Covered Business Method review of U.S. Patent No. 6,081,792 (CBM 2015 00167) filed with the Patent and Trial Appeal Board of the United States Patent and Trademark Office both involve the same patent-in-suit for this matter and, in the case of the ITC investigation, certain of the unfair competition claims. On June 22, 2015, NRT filed a motion to dismiss challenging the existence of statutory subject matter in the asserted patent. (Dkt. # 5.)

B.  ITC PROCEEDINGS

In the original scheduling order, both the parties and the Court anticipated that the parties' claim construction briefing in this case would follow the issuance of the ITC claim construction order and that any claim construction hearing in this case would occur after the evidentiary hearing for the ITC then scheduled for March 2016. (*See* Dkt. # 38, Scheduling Order § G.)

On December 22, 2015, the ITC Administrative Law Judge issued a claim construction order finding the term "processor" indefinite and declining to construe the remaining disputed claim terms.

On December 29, 2015, Everi Payments, Inc. (the new name/successor entity to GCA) filed a motion for reconsideration or, alternatively, for certification for interlocutory appeal to the Commission.

The evidentiary hearing previously scheduled for March 2016 has, in light of the aforementioned claim construction, been stayed pending further motion practice at the Commission.

C.  NEW PROPOSED DISCOVERY DEADLINES

1) Completed Discovery

The parties exchanged initial disclosures on September 11, 2015. Plaintiff served its infringement contentions on September 11, 2015. Defendants served their noninfringement and

invalidity contentions on October 23, 2015. Plaintiff served its response to Defendants' noninfringement and invalidity contentions on November 6, 2015. The parties exchanged lists of proposed terms for claim construction on December 1, 2015.

2) <u>Discovery That Remains to Be Completed</u>

The parties have yet to exchange proposed claim constructions with supporting intrinsic and extrinsic evidence. The parties have not yet filed a joint claim construction and prehearing statement, nor have they engaged in claim construction briefing. Phase II discovery has not yet been initiated.

3) <u>Reasons for Extending the Time Limits Set by the Original Discovery Plan</u>

The parties submit that in the interests of efficiency and a conservation of resources by both the parties and the Court, further claim construction exchanges and briefing should occur after motions regarding the ITC claim construction order have been decided.

4) <u>Proposed Schedule for Completing All Remaining Discovery</u>

The parties propose that all remaining deadlines in the current scheduling order be extended to accommodate motion practice before the ITC relating to claim construction. The parties note that they may seek to further extend the claim construction and other deadlines pending the outcome of the events at the ITC, including review by the Commission, by way of status reports filed every 90 days or within 5 court days of any order issued by the ITC. For now, the parties propose the following schedule:

a. **Claim Construction and Protective Order**

| EVENT | PREVIOUS DEADLINE | NEW DEADLINE |
|---|---|---|
| Exchange of Proposed Claim Constructions and Supporting Intrinsic and Extrinsic Evidence (LR 16.1-14) | December 15, 2015 | April 5, 2016 |
| Parties File Joint Claim Construction and Prehearing Statement LR 16.1-15) | January 13, 2016 | May 5, 2016 |
| Opening Claim Construction Brief from Plaintiff (LR 16.1-16) | January 28, 2016 | May 19, 2016 |
| Responsive Claim Construction Briefs from Defendant (LR 16.1-16) | February 11, 2016 | June 2, 2016 |

| | | |
|---|---|---|
| Reply Claim Construction Brief from Plaintiff (LR 16.1-16) | February 18, 2016 | June 9, 2016 |
| Claim Construction Hearing (LR 16.1-17) | Mid-April 2016 after the trial in the ITC proceeding and as the Court sets. | After June 9, 2016, or completion of the ITC evidentiary hearing, as the Court sets. |
| Filing of Protective Order | September 4, 2015 | Before active discovery begins in Phase II. |

b. Local Rule 16-19(e)(3) – Expert Disclosures

| EVENT | DEADLINE |
|---|---|
| Opening expert reports on issues for which the serving party has the burden of proof | 75 days after entry of claim construction order |
| Rebuttal expert reports, on issues for which the other party has the burden of proof | 45 days after service of opening expert reports |
| Expert discovery completed | 45 days after service of rebuttal expert reports |

c. Local Rule 26-1(e)(4) – Dispositive Motions

The parties propose that the deadline for filing dispositive motions remain 45 days after the close of expert discovery.  The parties propose that the deadline for filing the joint pretrial order remain 60 days after the deadline for filing dispositive motions or 60 days after the Court's decision on dispositive motion(s), whichever is later.   Pursuant to LR 26-1(e)(6), the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

d. Settlement Conferences

| EVENT | DEADLINE |
|---|---|
| Pre-Claim Construction Settlement Conference | None in light of three mandatory ITC settlement conferences |
| Post-Claim Construction Settlement Conference | Within 30 days after entry of the Claim Construction Order |

| Pre-Trial Settlement Conference | Within 30 days after filing the Pre-Trial Order |
|---|---|

Dated: January 8, 2016                                       Respectfully submitted,

Lewis Roca Rothgerber Christie LLP                           Pillsbury Winthrop Shaw Pittman LLP

By: /s/ W. West Allen                                        By: /s/ Nicole S. Cunningham
W. WEST ALLEN                                                CALLIE A. BJURSTROM
Nevada Bar No. 5566                                          callie.bjurstrom@pillsburylaw.com
WAllen@lrrc.com                                              STEVEN A. MOORE
COLBY J. SPRINGER (*Pro Hac Vice*)                           steve.moore@pillsburylaw.com
CSpringer@lrrc.com                                           NICOLE S. CUNNINGHAM
DALE KOTCHKA-ALANES                                          Nicole.cunningham@pillsburylaw.com
Nevada Bar No. 13168                                         501 West Broadway, Ste. 1100
MKotchka-Alanes@lrrc.com                                     San Diego, CA 92101
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169-5996

*Attorneys for Defendants NRT Technology Corp.
and NRT Technologies, Inc.*

                                                            Weide & Miller, Ltd.
                                                            By:   /s/ F. Christopher Austin
                                                            F. CHRISTOPHER AUSTIN
                                                            Nevada Bar No. 6559
                                                            7251 W. Lake Mead Blvd.
                                                            Suite 530
                                                            Las Vegas, NV  89128-8373

                                                           *Attorneys for Plaintiff
                                                           Global Cash Access*

**IT IS SO ORDERED:**

*/s/ George Foley Jr.*

Hon. George W. Foley
United States Magistrate Judge

Dated: January 12, 2016