W. WEST ALLEN
Nevada Bar. No. 5566
HOWARD & HOWARD PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 667-4843
Facsimile: (702) 567-1568
wwa@h2law.com

Colby B. Springer
Admitted *Pro Hac Vice*
cspringer@polisnelli.com
POLSINELLI LLP
Three Embarcadero Center, Suite 1350
San Francisco, CA 94111
Telephone: 415.248.2118
Facsimile: 415.520.0571

*Attorneys for Defendants NRT Technology Corp. and NRT Technologies, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLOBAL CASH ACCESS, INC., A Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NRT TECHNOLOGY CORP., a Canadian corporation, and NRT TECHNOLOGIES, INC., a Nevada corporation,<br><br>Defendants. | Case No. 2:15-cv-00822-MMD-GWF<br><br>**NOTICE OF CHANGE OF AFFILIATION AND SUBSTITUTION OF ATTORNEYS** |

The undersigned, Jin Shin, of NRT Technology Corp., and NRT Technologies, Inc. ("Defendants"), hereby substitutes W. West Allen and the law firm to which he is now affiliated,

4839-6997-5598, v. 1

affiliated, HOWARD & HOWARD ATTORNEYS PLLC, as its counsel in the above-entitled civil action, in the place and stead of LEWIS ROCA ROTHGERBER CHRISTIE LLP.

Dated this 4th day of March, 2016.

        NRT Technology Corp., and
        NRT Technologies, Inc.

        Jin Shin

LEWIS ROCA ROTHGERBER CHRISTIE LLP does hereby consent to the above and foregoing substitution of attorneys.

DATED this 4th day of March, 2016.

        LEWIS ROCA ROTHGERBER CHRISTIE LLP

        Christopher Jorgensen
        NV Bar Number 5382
        3993 Howard Hughes Parkway, Suite 600
        Las Vegas, NV 89169-5996

The firm HOWARD & HOWARD ATTORNEYS PLLC does hereby accept the above and foregoing substitution as attorney for Defendants NRT Technology Corp., and NRT Technologies, Inc. in the above-entitled matter.

DATED this 4th day of March 2016.

        HOWARD & HOWARD ATTORNEYS PLLC

        W. WEST ALLEN
        Nevada Bar No. 5566
        3800 Howard Hughes Pkwy., Suite 1000
        Las Vegas, Nevada 89169

4839-6997-5598, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2016, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record receiving electronic notification.

_____
An Employee of Howard & Howard PLLC

**IT IS SO ORDERED:**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**Dated:  March 7, 2016**

4839-6997-5598, v. 1