# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **GLOBAL CASH ACCESS, INC.,** a Delaware corporation, **Plaintiff,** vs. **NRT TECHNOLOGY CORP**, a Canadian corporation, and **NRT TECHNOLOGIES, INC.**, a Nevada corporation, **Defendants.** | Case No. 2:15-cv-00822-MMD-GWF **[PROPOSED] ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL RE: MOTION TO STRIKE DEFENDANTS' REPLY (DKT. NO. 79) OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE A SUR-REPLY** |

This Court, having considered Plaintiff Global Cash Access, Inc.'s motion to file under seal GCA's Plaintiff's Unredacted Exhibit A to its Motion to Strike Defendants' Reply (Dkt. No. 79) or, in the Alternative, for Leave to File a Sur-Reply, and good cause appearing therefor, hereby GRANTS the Motion and ORDERS that the following document may be filed under seal: Plaintiff's Unredacted Exhibit A to its Motion to Strike Defendants' Reply (Dkt. No. 79) or, in the Alternative, for Leave to File a Sur-Reply to the Declaration of Nicole S. Cunningham.

IT IS SO ORDERED.

Dated: December 27, 2017

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE